## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Ayman Mhamad Saleh Al Sanabani, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Khaled Ali Salem Chaib, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Ali Ahmad Ali Abad Al Roweishan, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Mohamad Ali Hamoud Al Roweishan, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Fatima Mhamad Al Bayahi AL Kharabi, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; and Ms. Yousra Abd El Aziz Mhamad Aamad, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002, | Civil Action 1:23-cv-00576-RDM |
| Plaintiffs, | |
| v. | |
| Mohamed Ben Zayed Al-Nahyan, c/o 3522 International Court, NW, Suite 400, Washington, DC 20008; Mohammed bin Rashid Al Maktoum, c/o 3522 International Court, NW, Suite 400, Washington, DC 20008; Mohamed Bin Salman Al Saoud, c/o 601 New Hampshire Ave. NW, Washington, DC 20037; Hamad Mohamed Thani Al Rumaithi, c/o 3522 International Court, NW, Suite 400, Washington, | |

| | |
|---|---|
| DC 20008; Abdulrahman Ben Saleh Al-Bunyan, c/o 601 New Hampshire Ave. NW, Washington, DC 20037; Fayyadh Al-Ruwaili, c/o 601 New Hampshire Ave. NW, Washington, DC 20037; Raytheon Technologies Corporation, 870 Winter Street, Waltham, MA 02451; Lockheed Martin Corporation, 6801 Rockledge Dr, Bethesda, MD 20817; General Dynamics Corporation, 11011 Sunset Hills Road Reston, VA 20190; Mr. Gregory J Hayes, as the CEO of Raytheon; Mr. Jim Taicley, as the CEO of Lockheed Martin; and Ms. Pheobe Novakovic, as the CEO of General Dynamics; Mr. Antony Blinken, in his official capacity as the Secretary of the U.S. State Department, 2201 C St., NW Washington, DC 20520; Mr. Lloyd J. Austin III, in his official capacity as the Secretary of the U.S. Department of Defense, 1000 Defense Pentagon, Washington, DC 20301-1000,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:   Defendant General Dynamics Corporation


Date:  5/22/2023                                               /s/ Matthew S. Hellman

　　　　　　　　　　　　　　　　　　　　　　　Matthew S. Hellman (#484132)
　　　　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　　　　1099 New York Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-4412
　　　　　　　　　　　　　　　　　　　　　　　mhellman@jenner.com
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 639-6861
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 661-4983