IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*                             )  <br>                                                       )  <br>              Plaintiffs,          )  <br>                                                       )  <br>   v.                                           )  <br>                                                       )  <br>Mohamed Ben Zayed Al-Nahyan, *et al.*      )  <br>                                                       )  <br>                                                       )  <br>                                                       )  <br>              Defendants.         ) | Civil Action 1:23-cv-00576-RDM |

## **DEFENDANT GENERAL DYNAMICS CORPORATION'S RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rules 7.1 and 26.1, the undersigned counsel for Defendant General Dynamics Corporation ("GD") in the above captioned action certifies that:

1. There are no parents, trusts, subsidiaries, and/or affiliates of said party that have outstanding securities in the hands of the public.

2. No publicly held entity owns 10% or more of GD's stock.

Dated: May 22, 2023                            Respectfully submitted,

                                                               */s/ Matthew S. Hellman*

                                                               Matthew S. Hellman (#484132)
                                                               JENNER & BLOCK LLP

1099 New York Avenue, NW
Washington, DC 20001-4412
(202) 639-6861
mhellman@jenner.com

Michael A. Doornweerd (#6236979) (*pro hac vice application forthcoming*)
Andrew F. Merrick (#6290213) (*pro hac vice application forthcoming*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 923-2631
(312) 840-7695
mdoornweerd@jenner.com
amerrick@jenner.com