**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Amin Allawi Ali, *et al*.                      ) | |
| ) | |
|          Plaintiffs,              ) | |
| ) | |
| v.                                     ) | Civil Action 1:23-cv-00576-RDM |
| ) | |
| Mohamed Ben Zayed Al-Nahyan, *et al*.      ) | |
| ) | |
| ) | |
| ) | |
|          Defendants.            ) | |

**CONSENT MOTION TO EXTEND TIME FOR GENERAL DYNAMICS**
**CORPORATION TO FILE A RESPONSIVE PLEADING**

Defendant General Dynamics Corporation ("General Dynamics") hereby moves, pursuant to Federal Rule of Civil Procedure 6(b) and with the consent of Plaintiffs, for an extension of time until July 3, 2023, to file a responsive pleading.

This suit alleges claims against government contractors, including General Dynamics, (collectively, the "Contractor Defendants"), and U.S. government officials (collectively, the "U.S. Government Defendants"). The Contractor Defendants and U.S. Government Defendants have recently all been served or agreed to waive service. The Contractor Defendants and Plaintiffs intend to meet and confer with the U.S. Government Defendants and propose a briefing schedule for any motions to dismiss. The requested extension would facilitate that process, and it is being sought now as General Dynamics has an earlier deadline for answering—June 1, 2023—than the other Contractor Defendants and U.S. Government Defendants, all of which have a current deadline of July 3, 2023.

In support of this request, General Dynamics recites the following:

1

1. On March 2, 2023, Plaintiffs filed their complaint in this matter.

2. Plaintiffs served General Dynamics on May 11, 2023. General Dynamics currently must serve a responsive pleading or Rule 12 motion on or before June 1, 2023, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. General Dynamics understands that Plaintiffs sought and received a waiver of service from the other Contractor Defendants, such that they must serve a responsive pleading or Rule 12 motion on or before July 3, 2023, pursuant to Federal Rule of Civil Procedure 12(d)(3).

4. General Dynamics further understands the Plaintiffs served the U.S. Government Defendants, such that they must serve a responsive pleading or Rule 12 motion on or before July 3, 2023, pursuant to Federal Rule of Civil Procedure 12(a)(2).

5. The Contractor Defendants anticipate moving to dismiss this action. The Contractor Defendants and Plaintiffs intend to meet and confer with the U.S. Government Defendants and propose a briefing schedule to the Court for any motions to dismiss. By aligning General Dynamics' response date with that of the other Defendants, the extension will permit time for that negotiation to take place and facilitate the orderly presentation and resolution of any motions to dismiss.[1]

WHEREFORE, General Dynamics requests that the Court enter an Order extending the deadline for General Dynamics to file a responsive pleading until July 3, 2023. A Proposed Order accompanies this motion.

---

[1] The complaint also alleges claims against several foreign defendants. Plaintiffs have informed the Contractor Defendants that they are in the process of serving those foreign defendants. The Contractor Defendants anticipate proposing a briefing schedule for the Contractor Defendants' and U.S. Government Defendants' Rule 12 motions regardless of whether the foreign defendants have been served.

Dated: May 22, 2023	Respectfully submitted,

/s/ Matthew S. Hellman

Matthew S. Hellman (#484132)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001-4412
(202) 639-6861
mhellman@jenner.com

Michael A. Doornweerd (#6236979) (*pro hac vice application forthcoming*)
Andrew F. Merrick (#6290213) (*pro hac vice application forthcoming*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 923-2631
(312) 840-7695
mdoornweerd@jenner.com
amerrick@jenner.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2023, the foregoing Consent Motion to Extend Time to File a Responsive Pleading and the appended Proposed Order will be filed with the Court and submitted to all counsel of record by operation of the Court's electronic filing system.

Dated: May 22, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Matthew S. Hellman*

　　　　　　　　　　　　　　　　　　　Matthew S. Hellman (#484132)
　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　1099 New York Avenue, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20001-4412
　　　　　　　　　　　　　　　　　　　(202) 639-6861
　　　　　　　　　　　　　　　　　　　mhellman@jenner.com

　　　　　　　　　　　　　　　　　　　Michael A. Doornweerd (#6236979) (*pro hac vice application forthcoming*)
　　　　　　　　　　　　　　　　　　　Andrew F. Merrick (#6290213) (*pro hac vice application forthcoming*)
　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　353 N. Clark Street
　　　　　　　　　　　　　　　　　　　Chicago, IL 60654-3456
　　　　　　　　　　　　　　　　　　　(312) 923-2631
　　　　　　　　　　　　　　　　　　　(312) 840-7695
　　　　　　　　　　　　　　　　　　　mdoornweerd@jenner.com
　　　　　　　　　　　　　　　　　　　amerrick@jenner.com