# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*              ) | |
|                                        ) | |
|     Plaintiffs,   ) | |
|                                        ) | |
| v.                                     ) | Civil Action 1:23-cv-00576-RDM |
|                                        ) | |
| Mohamed Ben Zayed Al-Nahyan, *et al.*  ) | |
|                                        ) | |
|                                        ) | |
|                                        ) | |
|     Defendants.   ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion to Extend Time to File a Responsive Pleading, it is hereby ORDERED that the Agreed Motion is GRANTED. It is further ORDERED that General Dynamics Corporation's responsive pleading shall be due on or before July 3, 2023.

Dated:_____

_____
JUDGE RANDOLPH D. MOSS
United States District Judge