**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Amin Allawi Ali, *et al*.  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>Mohamed Ben Zayed Al-Nahyan, *et al*.  )<br>  )<br>  )<br>  )<br>  Defendants.  ) | Civil Action 1:23-cv-00576-RDM |

## MOTION FOR ADMISSION, PRO HAC VICE, OF MICHAEL A. DOORNWEERD AS COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION

Pursuant to Local Civil Rule 83.2(c), I hereby move for the admission, *pro hac vice*, of Michael A. Doornweerd, as counsel for Defendant General Dynamics Corporation. A declaration from Mr. Doornweerd is submitted in support of this motion.

Dated: May 23, 2023

Respectfully submitted,

/s/ Matthew S. Hellman

Matthew S. Hellman (#484132)
JENNER & BLOCK LLP
1099 New York Ave NW, Ste 900
Washington, DC 20001
mhellman@jenner.com
(202) 639-6861

*Counsel for Defendant General Dynamics Corporation*