IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al*.           ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| v.                                  ) | Civil Action 1:23-cv-00576-RDM |
| ) | |
| Mohamed Ben Zayed Al-Nahyan, *et al*. ) | |
| ) | |
| ) | |
| ) | |
| Defendants.  ) | |

## DECLARATION OF MICHAEL A. DOORNWEERD IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Michael A. Doornweerd, hereby declare as follows:

1. My full name is Michael Allen Doornweerd.

2. My state bar membership number is 6236979 (State of Illinois).

3. My office address is Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654. My office telephone number is (312) 923-2631.

4. I am a member of the bar of the State of Illinois. I am also a member of the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Federal Claims, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, and the United States District Court for the Northern District of Illinois (Trial Bar).

5. I have not been disciplined by any state or federal bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the previous two years.

7. I do not engage in the practice of law in the District of Columbia. I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

8. Executed this 23rd day of May, 2023, in Chicago, Illinois.

Dated: May 23, 2023

Respectfully submitted,

Michael A. Doornweerd
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
mdoornweerd@jenner.com
(312) 923-2631