**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Amin Allawi Ali, *et al*.            )<br>                                              )<br>          Plaintiffs,              )<br>                                              )<br>v.                                         )<br>                                              )<br>Mohamed Ben Zayed Al-Nahyan, *et al*.  )<br>                                              )<br>                                              )<br>                                              )<br>          Defendants.           ) | Civil Action 1:23-cv-00576-RDM |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

Upon consideration of the motion to admit Michael A. Doornweerd to appear in this action *pro hac vice,* it is hereby ORDERED that the motion is GRANTED.

Dated: _____, 2023

_____
JUDGE RANDOLPH D. MOSS
United States District Judge