# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al*. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Mohamed Ben Zayed Al-Nahyan, *et al*. ) <br> ) <br> ) <br> ) <br> Defendants. ) | Civil Action 1:23-cv-00576-RDM |

## MOTION FOR ADMISSION, PRO HAC VICE, OF ANDREW F. MERRICK AS COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION

Pursuant to Local Civil Rule 83.2(c), I hereby move for the admission, *pro hac vice*, of Andrew F. Merrick, as counsel for Defendant General Dynamics Corporation. A declaration from Mr. Merrick is submitted in support of this motion.

Dated: May 24, 2023

Respectfully submitted,

/s/ Matthew S. Hellman

Matthew S. Hellman (#484132)
JENNER & BLOCK LLP
1099 New York Ave NW, Ste 900
Washington, DC 20001
mhellman@jenner.com
(202) 639-6861

*Counsel for Defendant General Dynamics Corporation*