AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| AMIN ALLAWI ALI, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00576-RDM |
| MOHAMED BIN ZAYED AL-NAHYAN, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Mohamed bin Zayed Al-Nahyan, Mohammed bin Rashid Al Maktoum, and Hamad Mohamed Thani Al Rumaithi.

Date: 05/26/2023

/s/ Z.W. Julius Chen
*Attorney's signature*

Z.W. Julius Chen/1002635
*Printed name and bar number*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006

*Address*

chenj@akingump.com
*E-mail address*

(202) 887-4000
*Telephone number*

(202) 887-4288
*FAX number*