UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ALLAWI ALI, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>MOHAMED BEN ZAYED  )<br>AL NAHYAN, *et al.*,  )<br>)<br>Defendants.  )<br>_____)  | Case No. 1:23-cv-00576-RDM |

**CONSENT JOINT MOTION FOR DEFENDANTS PRESIDENT MOHAMED BIN ZAYED AL-NAHYAN, PRIME MINISTER MOHAMMED BIN RASHID AL MAKTOUM, AND CHIEF OF STAFF HAMAD MOHAMED THANI AL RUMAITHI TO FILE A RESPONSIVE PLEADING OR RULE 12 MOTION**

Defendants Mohamed bin Zayed Al-Nahyan, President of the United Arab Emirates, Mohammed bin Rashid Al Maktoum, Prime Minister of the United Arab Emirates, and Hamad Mohamed Thani Al Rumaithi, Chief of Staff of the United Arab Emirates Armed Forces (together, the "UAE Defendants") hereby jointly move, pursuant to Federal Rule of Civil Procedure 6(b) and with the consent of Plaintiffs, for an extension of time, until July 3, 2023, to file a responsive pleading.

The UAE Defendants offer the following points in support:

1. Plaintiffs filed a complaint in this matter on March 2, 2023.  ECF No. 1.

2. Plaintiffs sought to serve the UAE Defendants on May 10, 2023.  The UAE Defendants understand that they are currently expected to serve a responsive pleading or Rule 12 motion on or before May 31, 2023, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. The UAE Defendants understand that Plaintiffs sought and received a waiver of service from the American defense contractors Defendants aside from General Dynamics

Corp., such that they must serve a responsive pleading or Rule 12 motion on or before July 3, 2023, pursuant to Federal Rule of Civil Procedure 12(d)(3). *See* ECF No. 7. On May 22, 2023, General Dynamics Corp.'s filed a consent motion for an extension of time—from June 1, 2023, until July 3, 2023—to file a responsive pleading or Rule 12 motion, in order to facilitate negotiation of a common briefing schedule. *Id.* This Court granted the motion. *See* May 22, 2023 Minute Order.

4. The UAE Defendants further understand that the Plaintiffs served the U.S. Government Defendants, such that they must serve a responsive pleading or Rule 12 motion on or before July 3, 2023, pursuant to Federal Rule of Civil Procedure 12(a)(2). *See* ECF No. 7.

5. Good cause exists for the requested extension. The UAE Defendants anticipate moving to dismiss this action. The UAE Defendants intend to join with the other parties in proposing a common briefing schedule for any motions to dismiss. The requested extension would align the UAE Defendants' response date with that of other Defendants, and allow the UAE Defendants the opportunity to meet and confer with the other parties on a proposed briefing schedule.

6. By filing this Motion, the UAE Defendants do not waive any defenses to this action, including insufficient service of process and lack of personal jurisdiction.

7. Pursuant to Local Rule 7(m), the UAE Defendants have conferred with counsel for the Plaintiffs, who has consented to this extension.

Dated: May 26, 2023

Stephen M. Baldini
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
44th Floor
New York, NY 10036-6745
Telephone: (212) 872-1000
Fax: (212) 872-1001

Respectfully submitted,

*/s/ Z.W. Julius Chen*
Z.W. Julius Chen (D.C. Bar No. 1002635)
Hal Shapiro (D.C. Bar No. 440709)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K St N.W.
Washington, D.C. 20006
Telephone: (202) 887-4475
Fax: (202) 887-4288
chenj@akingump.com

*Counsel for Defendants President Mohamed bin Zayed Al-Nahyan, Prime Minister Mohammed bin Rashid Al Maktoum, and Chief of Staff Hamad Mohamed Thani Al Rumaithi*