UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ALLAWI ALI, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-00576-RDM |
| MOHAMED BEN ZAYED AL NAHYAN, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

### [PROPOSED] ORDER

Defendants President Mohamed bin Zayed Al-Nahyan, Prime Minister Mohammed bin Rashid Al Maktoum, and Chief Of Staff Hamad Mohamed Thani Al Rumaithi (together, the "UAE Defendants") filed a consent motion ("Motion") to extend the time to answer or otherwise respond to Plaintiffs' complaint (ECF No. 1).

Having considered the Motion and the related filings, it is this __ day of _____, 2023 **ORDERED** that the Motion is **GRANTED**.  The UAE Defendants shall have until July 3, 2023, to answer or otherwise respond to Plaintiffs' complaint.

_____

Hon. Randolph D. Moss
United States District Judge