AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Amin Allawi Ali, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00576-RDM |
| Mohamed Ben Zayed Al-Nahyan, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant General Dynamics Corporation   .

Date:   06/01/2023

/s/ Michael A. Doornweerd
*Attorney's signature*

Michael A. Doornweerd (#6236979)
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654
*Address*

mdoornweerd@jenner.com
*E-mail address*

(312) 923-2631
*Telephone number*

(312) 527-0484
*FAX number*

Print   Save As...   Reset