AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Amin Allawi Ali, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00576-RDM |
| Mohamed Ben Zayed Al-Nahyan, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant General Dynamics Corporation.

Date: 06/05/2023

/s/ Andrew F. Merrick
*Attorney's signature*

Andrew F. Merrick (#6290213)
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654
*Address*

amerrick@jenner.com
*E-mail address*

(312) 840-7695
*Telephone number*

(312) 527-0484
*FAX number*

Print   Save As...   Reset