IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al*.<br><br>             Plaintiffs,<br><br>   v.<br><br>Mohamed Ben Zayed Al-Nahyan, *et al*.<br><br><br><br>             Defendants. | Civil Action 1:23-cv-00576-RDM |

**CONSENT MOTION TO ENTER SCHEDULING ORDER
ON DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties respectfully ask this Court to extend the time to file a motion to dismiss and to enter the briefing schedule set forth herein.

Plaintiffs' Complaint alleges various claims against government and corporate defendants arising out of military activities in Yemen. Plaintiffs have served (or have sought to serve) or otherwise requested a waiver of service for Defendants United States government officials Secretary of State Antony Blinken and Secretary of Defense Lloyd J. Austin (the "U.S. Government Defendants"); United Arab Emirates government officials Mohamed bin Zayed Al-Nahyan, Mohammed bin Rashid Al Maktoum, and Hamad Mohamed Thani Al Rumaithi; Raytheon Technologies Corporation and its Chief Executive Officer Mr. Gregory Hayes; Lockheed Martin Corporation and its Chief Executive Officer Mr. James Taiclet; and General Dynamics Corporation, (collectively, "Defendants").

Defendants are currently required to move to dismiss or file a responsive pleading by July 3, 2023. All Defendants anticipate moving to dismiss Plaintiffs' Complaint in its entirety. The

parties have now conferred and respectfully submit the proposed joint schedule below to govern the motion to dismiss briefing. Defendants will seek to avoid duplication in their briefing, and as shown below, the parties propose that the U.S. Government Defendants file their motion to dismiss 14 days before the other Defendants to facilitate Defendants' ability to refer to and incorporate by reference, as appropriate, the U.S. Government Defendants' motion.

| | |
|---|---|
| U.S. Government Defendants' Motion to Dismiss | September 14, 2023 |
| Other Defendants' Motions to Dismiss | September 28, 2023 |
| Plaintiffs' Opposition to All Defendants' Motions to Dismiss | December 4, 2023 |
| U.S. Government Defendants' Reply to Plaintiffs' Opposition | January 12, 2024 |
| Other Defendants' Replies to Plaintiffs' Opposition | January 26, 2024 |

Accordingly, the parties ask the Court to extend the time to file a motion to dismiss or serve a responsive pleading to September 14, 2023 for the U.S. Government Defendants, and to September 28, 2023 for all other Defendants, and to adopt the above briefing schedule to govern the anticipated motions to dismiss.

This motion is being filed by the U.S. Government Defendants with the consent of all parties.

Dated: June 29, 2023               Respectfully submitted,

                                   */s/ Lisa Newman*
                                   LISA NEWMAN (TX Bar No. 24107878)
                                   U.S. Department of Justice
                                   Civil Division, Federal Programs Branch

1100 L Street NW, Rm. 12016  
Washington, D.C. 20530  
Tel: (202) 514-5578  
Fax: (202) 616-8460  
E-mail: lisa.n.newman@usdoj.gov