IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action 1:23-cv-00576-RDM<br>) |
| Mohamed Ben Zayed Al-Nahyan, *et al.* | )<br>)<br>)<br>) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Having considered the parties' Consent Motion to Enter Scheduling Order on Defendants' Motions to Dismiss, it is:

**HEREBY ORDERED** that the motion is **GRANTED.** The Court enters the following schedule:

- U.S. Government Defendants' Motion to Dismiss shall be filed on or before **September 14, 2023**.
- Other Defendants Motions to Dismiss shall be filed on or before **September 28, 2023**.
- Plaintiffs' Opposition to All Defendants' Motions to Dismiss shall be filed on or before **December 4, 2023**.
- U.S. Government Defendants' Reply to Plaintiffs' Opposition shall be filed on or before **January 12, 2024**.
- Other Defendants' Replies to Plaintiffs' Opposition shall be filed on or before **January 26, 2024**.

SO ORDERED

_____                          _____
Date                                                                    RANDOLPH D. MOSS
                                                                              United States District Judge