AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Amin Allawi Ali, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-00576-RDM |
| Mohamed Ben Zayed Al-Nahyan, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Phebe Novakovic            .

Date:  08/29/2023

/s/ Matthew S. Hellman
*Attorney's signature*

Matthew S. Hellman (#484132)
*Printed name and bar number*

Jenner & Block LLP
1099 New York Avenue NW, Ste. 900
Washington, DC 20001-4412

*Address*

mhellman@jenner.com
*E-mail address*

(202) 639-6861
*Telephone number*

(202) 661-4983
*FAX number*