# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Amin Allawi Ali, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00576-RDM |
| Mohamed Ben Zayed Al-Nahyan, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Phebe Novakovic.

Date: 8/29/2023

/s/ Andrew F. Merrick
*Attorney's signature*

Andrew F. Merrick (#6290213)
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
*Address*

amerrick@jenner.com
*E-mail address*

(312) 840-7695
*Telephone number*

(312) 527-0484
*FAX number*