IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 1:23-cv-00576-RDM |
| ) | |
| Mohamed Ben Zayed Al-Nahyan, *et al.* ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant Phebe Novakovic's Rule 4(m) Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Plaintiffs' claims against Ms. Novakovic are DISMISSED without prejudice.

Dated:_____

_____
JUDGE RANDOLPH D. MOSS
United States District Judge