IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al*.                )<br>                                                 )<br>               Plaintiffs,              )<br>                                                 )<br>v.                                             )     Civil Action 1:23-cv-00576-RDM<br>                                                 )<br>Mohamed Ben Zayed Al-Nahyan, *et al*.  )<br>                                                 )<br>                                                 )<br>                                                 )<br>               Defendants.            ) | |

**CONSENT MOTION TO EXTEND SCHEDULING ORDER**
**ON DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), the U.S. Government respectfully requests an extension of time to file its motion to dismiss and asks that the Court enter the briefing schedule set forth herein. This motion is being filed by the U.S. Government Defendants with the consent of all parties.

On July 3, 2023, the Court entered the following briefing schedule: (1) U.S. Government Defendants' Motion to Dismiss shall be filed on or before September 14, 2023; (2) Other Defendants' Motions to Dismiss shall be filed on or before September 28, 2023; (3) Plaintiffs' Opposition to All Defendants' Motions to Dismiss shall be filed on or before December 4, 2023; (4) U.S. Government Defendants' Reply to Plaintiffs' Opposition shall be filed on or before January 12, 2024; and (5) Other Defendants' Replies to Plaintiffs' Opposition shall be filed on or before January 26, 2024.

Undersigned counsel for the U.S. government has faced unexpected health issues, and respectfully requests an extension of three weeks to file the U.S. Government Defendants' motion

1

to dismiss. Undersigned counsel conferred with all parties, who consent to this extension. In order to maintain the streamlined schedule previously adopted by the Court and to avoid duplication, the U.S. Government submits the following proposed joint schedule to govern the motion to dismiss briefing: (1) U.S. Government Defendants' Motion to Dismiss shall be filed on or before October 5, 2023; (2) Other Defendants' Motions to Dismiss shall be filed on or before October 19, 2023; (3) Plaintiffs' Opposition to All Defendants' Motions to Dismiss shall be filed on or before January 4, 2023; (4) U.S. Government Defendants' Reply to Plaintiffs' Opposition shall be filed on or before January 25, 2024; and (5) Other Defendants' Replies to Plaintiffs' Opposition shall be filed on or before February 8, 2024.

Dated: September 7, 2023                     Respectfully submitted,

*/s/ Lisa Newman*
LISA NEWMAN (TX Bar No. 24107878)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12016
Washington, D.C. 20530
Tel: (202) 514-5578
Fax: (202) 616-8460
E-mail: lisa.n.newman@usdoj.gov