**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Amin Allawi Ali, *et al*. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Mohamed Ben Zayed Al-Nahyan, *et al*. )<br>)<br>)<br>)<br>Defendants. ) | Civil Action 1:23-cv-00576-RDM |

**[PROPOSED] ORDER**

Having considered the parties' Consent Motion to Extend Scheduling Order on Defendants' Motions to Dismiss, it is:

**HEREBY ORDERED** that the motion is **GRANTED.** The Court enters the following schedule: (1) U.S. Government Defendants' Motion to Dismiss shall be filed on or before **October 5, 2023**; (2) Other Defendants' Motions to Dismiss shall be filed on or before **October 19, 2023**; (3) Plaintiffs' Opposition to All Defendants' Motions to Dismiss shall be filed on or before **January 4, 2023**; (4) U.S. Government Defendants' Reply to Plaintiffs' Opposition shall be filed on or before **January 25, 2024**; and (5) Other Defendants' Replies to Plaintiffs' Opposition shall be filed on or before **February 8, 2024.**

SO ORDERED

_____                                _____
Date                                                                                      RANDOLPH D. MOSS
                                                                                              United States District Judge