IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMIN ALLAWI ALI, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | Case No. 1:23-cv-576 |
| v. | ) ) | (RDM) |
| MOHAMED BEN ZAYED AL-NAHYAN, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

To the Clerk of Court and to all interested parties:

Notice is hereby given that Daniel L. Russell Jr., of Covington & Burling LLP, is admitted to practice in this Court and hereby enters his appearance as counsel for Defendants Raytheon Technologies Corporation[1] and Gregory J. Hayes in the above captioned case.

Dated: September 7, 2023

Respectfully submitted,

/s/ Daniel L. Russell Jr.
Daniel L. Russell Jr. (D.C. Bar No. 491655)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5420
(202) 778-5420 (fax)
Email: drussell@cov.com

*Counsel for Defendants RTX Corporation (formerly known as Raytheon Technologies Corporation) and Gregory J. Hayes*

---

[1] Defendant Raytheon Technologies Corporation will be filing a Notice of Name Change to advise the Court that it formally changed its name to RTX Corporation, and to respectfully request that the Court substitute its new name, "RTX Corporation," in the case caption.