IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMIN ALLAWI ALI, *et al.*,<br>　　　　*Plaintiffs*,<br>　　v.<br><br>MOHAMED BEN ZAYED<br>AL-NAHYAN, *et al.*,<br>　　　　*Defendants.* | Case No. 1:23-cv-576<br>(RDM) |

## NOTICE OF NAME CHANGE

Defendant Raytheon Technologies Corporation hereby gives notice to the Court and all parties that, effective July 17, 2023, Raytheon Technologies Corporation changed its name to RTX Corporation. As a result, Defendant Raytheon Technologies Corporation respectfully requests that the Court substitute its new name, "RTX Corporation," in the case caption.

Dated:  September 7, 2023

Respectfully submitted,

/s/ Daniel L. Russell Jr.
Daniel L. Russell Jr. (D.C. Bar No. 491655)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5420
(202) 778-5420 (fax)
Email: drussell@cov.com

*Counsel for Defendant RTX Corporation (formerly known as Raytheon Technologies Corporation)*