AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Amin Allawi Ali, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00576-RDM |
| Mohamed Ben Zayed Al-Nahyan, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Lockheed Martin Corporation and James D. Taiclet*.

Date:  09/07/2023

/s/ Christopher N. Manning
*Attorney's signature*

Christopher N. Manning (D.C. Bar No. 464069)
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue, SW
Washington, D.C. 20024
*Address*

CManning@wc.com
*E-mail address*

(202) 434-5121
*Telephone number*

(202) 434-5029
*FAX number*

\* Mr. Taiclet is the Chief Executive Officer of Lockheed Martin Corporation. The Complaint misspells his name as "Jim Taicley [sic]." ECF No. 1, at p. 1, ¶¶ 44, 91, 205, 206, 209, 210, 213, 215.