IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Mohamed Ben Zayed Al-Nahyan, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 23-576 (RDM) |

**DEFENDANT LOCKHEED MARTIN CORPORATION'S
CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

　　I, the undersigned counsel of record for Defendant Lockheed Martin Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates or companies which own at least 10% of the stock of Lockheed Martin Corporation which have any outstanding securities in the hands of the public:

　　1.　　State Street Corporation.[1]

//

//

---

[1] Lockheed Martin Corporation is publicly owned and has no parent company, subsidiary or affiliate which has any outstanding securities in the hands of the public. State Street Corporation ("State Street") is the beneficial owner of at least 10% of the stock of Lockheed Martin Corporation as reported on a Schedule 13G/A filed on February 10, 2023 by State Street on behalf of itself and specified direct and indirect subsidiaries in their various fiduciary and other capacities. For purposes of this document, beneficial ownership of a security generally means having or sharing voting power, which includes the power to vote or to direct the voting of such security, or investment power, which includes the power to dispose or direct the disposition of such security, as provided by 17 C.F.R. § 240.13d-3(a).

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 7, 2023

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: <u>/s/ Christopher N. Manning</u>
Christopher N. Manning

Christopher N. Manning (D.C. Bar. No. 464069)
680 Maine Avenue, SW
Washington, D.C. 20024
Tel:  (202) 434-5000
Email  CManning@wc.com

*Counsel for Defendants Lockheed Martin
   Corporation and James D. Taiclet*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed a copy of *Defendant Lockheed Martin Corporation's Certificate Required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia* on the Court's CM/ECF system, which caused service to be effected electronically to all counsel of record.

/s/ Christopher N. Manning
Christopher N. Manning
