IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Mohamed Ben Zayed Al-Nahyan, *et al.*<br><br>Défendants. | Case No. 1:23-cv-00576-RDM |

**PLAINTIFFS' OPPOSITION TO DEFENDANT PHEBE NOVAKOVIC'S MOTION TO DISMISS UNDER FED. R. CIV. P. 4 (m).**

Defendant Phebe Novakovic moved to dismiss the complaint against her without prejudice based on failure of service of process within the time limits of Fed. R. Civ. P. 4 (m). Plaintiffs oppose this motion as follows:

1. The matter of service of Defendant Novakovic could easily have been addressed by a meet and confer between the parties. Defendant Novakovic did not attempt to initiate a meet and confer under Local Rule 7 (m) or otherwise.

2. Plaintiffs' complaint includes three major defense contractors as Defendants: Raytheon Technologies Corporation, Lockheed Martin Corporation, and General Dynamics Corporation. Plaintiffs also named as Defendants the CEOs of these companies: Gregory J Hayes, as the CEO of Raytheon; Jim Taicley, as the CEO of Lockheed Martin; and Phebe Novakovic, as the CEO of General Dynamics. Mr. Hayes and Mr. Taicley appropriately waived service pursuant to Fed. R. Civ. P. 4 (d). Defendant Novakovic

    declined to waive service. Once she has been served, Plaintiffs will seek their costs of service under Fed. R. Civ. P. 4 (d)(4).

3. Plaintiffs engaged Same Day Process Service, a reputable service of process firm in the Washington, D.C. area, to serve the Defendants in this case who did not waive service. Same Day Process Service attempted to serve Defendant Novakovic at 2941 Fairview Park Drive Suite 100 Reston, VA 22042, the publicly listed address for General Dynamics Corporation at the time the complaint was filed. Following an attempt to serve Defendant Novakovic at this address, the process server provided Plaintiffs' counsel with a Due Diligence Affidavit, attached as Exhibit 1.

4. Undersigned Counsel for Plaintiffs assumed that there had been a routine service of Defendant Novakovic at her place of business and did not learn of the failure of service until Defendant Novakovic filed her Motion to Dismiss.

5. Upon learning of the failure of service, Plaintiffs reengaged Same Day Process Service to serve Defendant Novakovic. They located a new business address for General Dynamics at 11011 Sunset Hills Rd, Reston, VA 20190. When the process server attempted service at this new address, the security guards would not let him into the building compound. See Exhibit 2, an email confirmation of the refusal of the security guards to allow entry.

6. Should Defendant Novakovic continue to decline to waive service, Plaintiffs, working with Same Day Process Service, will manage to serve her. The firm is working to locate a home address and is pursuing other avenues to perfect service. Consistent with Defendant Novakovic's alternative request for relief, *see* ECF No. 18, ¶ 10, Plaintiffs respectfully request that the time period for service be extended to October 9, 2023, which is ten days

before October 19, 2023, when Defendant Novakovic must file any substantive motion to dismiss the complaint. Defendant Novakovic had suggested a deadline of September 19, 2023 when the deadline for filing a substantive motion was September 28, 2023. *Id*. The Court recently granted a consent motion to extend that date to October 19, 2023, *see* Min. Order, September 11, 2023. Accordingly, Plaintiffs respectfully request that they be given this additional time to locate and serve Defendant Novakovic. If she continues to decline to waive service, as noted, Plaintiffs will seek costs pursuant to Fed. R. Civ. P. 4 (d)(4) when they succeed in serving her.

7. Defendant Novakovic will not be prejudiced by extending the time for service. She has retained counsel to address the service issue so is presumably fully aware that she is named as a Defendant in this case. Plaintiffs acknowledge that if Defendant Novakovic is not properly served by October 9, 2023, the proper remedy would be dismissal without prejudice under Fed. R. Civ. P. 4 (m).

Based on the reasons stated, Plaintiffs respectfully request that the Court grant them an extension to perfect service on Defendant Novakovic until October 9, 2023. A Proposed Order is provided with this Opposition.

Respectfully submitted on this 11th day of September 2023,

> /s/ Terrence P. Collingsworth
> Terrence P. Collingsworth
> (DC Bar # 471830)
> INTERNATIONAL RIGHTS ADVOCATES
> 621 Maryland Avenue NE
> Washington, D.C. 20002
> Tel.: (202) 543-5811
> tc@iradvocates.org
> **Counsel for Appellants**

CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2023, I electronically filed the foregoing with the United States Court District Court for the District of Columbia by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Date: September 11, 2023

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
(D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 543-5811
tc@iradvocates.org

*Counsel for Plaintiffs*