## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

United States District Court for the District of Columbia

**Amin Allawi Ali, individually and on behalf of Proposed Class Members, et al**

Plaintiff(s),

VS.

**Mohamed Ben Zayed Al-Nahyan**

Defendant(s).

**Case Number: 1:23-cv-00576-RDM**

Attorney: Terrence Collingsworth
International Rights Advocates
621 Maryland Ave., NE
Washington DC 20002

*296138*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Pheobe Novakovic, as the CEO of General Dynamics Corporation on 05/03/2023 at 12:06 PM at 2941 Fairview Park Dr., #100, Falls Church, VA 22042**

The undersigned, swear and affirm that on **May 09, 2023** at **3:47 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Pheobe Novakovic, as the CEO of General Dynamics Corporation** the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 05/09/2023-3:47 PM | 2941 Fairview Park Dr., #100 Falls Church, VA 22042 | Upon my arrival, I spoke with the security guard on duty. They stated that the company, General Dynamics Corporation, is no longer in this building. The guard did not have a forwarding address for the company. - Attempted by Terryll Kennedy |

**Terryll Kennedy**
Process Server

Internal Job ID:296138

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com