| | |
|---|---|
| **From:** | SDPS |
| **To:** | Terrence Collingsworth |
| **Cc:** | Brandon Snesko |
| **Subject:** | Re: - Your job has been entered into our system. Serving Pheobe Novakovic, as the CEO of General Dynamics Corporation |
| **Date:** | Saturday, September 9, 2023 10:12:46 AM |

Hello Terry:

Sorry for the delay here.  On our last attempt security basically stopped us and we were not able to get to her.

Is it possible we can assist in locating a home address for her?


Cheers
Mike


**Same Day Process Service**
General Account | Same Day Process
1413 K Street, NW, 7th Floor | Washington, DC 20005
Toll Free:1-844-737-8331Fax:202-658-7925
info@samedayprocess.com | http://www.samedayprocess.com/



IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Rate my services:** How was your overall experience with me?


On Sat, Sep 9, 2023 at 7:11 AM Terrence Collingsworth <tc@iradvocates.org> wrote:
> Again checking on this? The complaint will be dismissed Tuesday Sept 12 if we don't serve her.
>
> Terry Collingsworth
> 202-543-5811
> 202-255-2198 (cell)

On Sep 1, 2023, at 9:23 AM, Brandon Snesko <thankyou@samedayprocess.com> wrote:

Same Day Process Service Receipt Confirmation.

Same Day Process Service reference number: **302818**
Clients Internal reference number: **Terrence Collingsworth**
Customer Internal reference number:
Court: **United States District Court for the District of Columbia**
Court County: **DC**
**Plaintiff: Amin Allawi Ali, individually and on behalf of Proposed Class Members, et al**
**Defendant: Mohamed Ben Zayed Al-Nahyan**
**Case Number: 1:23-cv-00576-RDM**
**Documents to be Served: Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint**
**Servee:Pheobe Novakovic, as the CEO of General Dynamics Corporation**



**Thank you for your Business!**

**Same Day Process Service team**

**Same Day Process Service**
**1413 K Street, NW 7th Floor**
**Washington, DC 20005**
**(202) 398-4200**
**Fax (202) 658-7925**
**www.samedayprocess.com**
**info@samedayprocess.com**
**CLICK HERE to log in!**
 **PRIVACY NOTICE: This message is intended solely for the use of the individual and/or entity**
**to which it is addressed and may contain information that is privileged, confidential, and**
**exempt from disclosure under applicable state and federal laws. If the**

**reader of this message
is not the intended recipient or the employee or agent responsible for delivering the message
to the intended recipient, you are hereby notified that any dissemination, distribution,
forwarding or copying of this communication is strictly prohibited. If you received this
communication in error, please notify sender immediately and delete the original message.**