IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*<br><br>Plaintiffs,<br><br>v.<br>Mohamed Ben Zayed Al-Nahyan, *et al.*<br><br>Défendants. | Case No. 1:23-cv-00576-RDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND TIME FOR SERVICE OF DEFENDANT PHEBE NOVAKOVIC UNTIL OCTOBER 9, 2023.**

Based on Plaintiff's Motion and Exhibits and other materials in the record, Plaintiff's motion is GRANTED and the time for service of Defendant Phebe Novakovic is extended until October 9, 2023.

It is so ORDERED,

September ___, 2023

_____
RANDOLPH D. MOSS
United States District Judge