IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>Mohamed Ben Zayed Al-Nahyan, *et al.*,<br>    *Defendants*. | Civil Action No. 1:23-cv-576 (RDM) |

**DEFENDANT RTX CORPORATION'S RULE 26.1 DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Defendant RTX Corporation[1], certify that there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of RTX Corporation which have outstanding securities in the hands of the public.

Dated:  September 12, 2023

Respectfully submitted,

/s/ Daniel L. Russell Jr.
Daniel L. Russell Jr. (D.C. Bar No. 491655)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5420
(202) 778-5420 (fax)
Email: drussell@cov.com

*Counsel for Defendant RTX Corporation (formerly known as Raytheon Technologies Corporation)*

---

[1] The complaint named as a Defendant "Raytheon Technologies Corporation," which changed its name to "RTX Corporation." *See* ECF 21 (Notice of Name Change).