UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*,<br>          *Plaintiffs,*<br><br>v.<br><br>Mohamed Ben Zayed Al-Nahyan, *et al.*,<br>          *Defendants.* | Civil Action No. 1:23-cv-576 (RDM) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF RAYMOND B. BIAGINI AS COUNSEL FOR RTX CORPORATION AND GREGORY J. HAYES

Pursuant to Local Civil Rule 83.2(c), I hereby move for the admission, *pro hac vice*, of Raymond B. Biagini, as counsel for Defendants RTX Corporation and Gregory J. Hayes. A declaration from Mr. Biagini is submitted in support of this motion.

Dated:  September 13, 2023

Respectfully submitted,

/s/ Daniel L. Russell Jr.
Daniel L. Russell Jr. (D.C. Bar No. 491655)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5420
(202) 778-5420 (fax)
Email: drussell@cov.com

*Counsel for Defendants RTX Corporation (formerly known as Raytheon Technologies Corporation) and Gregory J. Hayes*