UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*,<br>　　　　　*Plaintiffs*,<br><br>v.<br><br>Mohamed Ben Zayed Al-Nahyan, *et al.*,<br>　　　　　*Defendants*. | Civil Action No. 1:23-cv-576 (RDM) |

## DECLARATION OF RAYMOND B. BIAGINI
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Raymond B. Biagini, hereby declare as follows:

1. My full name is Raymond Brian Biagini.

2. My office address is Covington & Burling LLP, 850 Tenth Street NW, Washington DC 20001. My office telephone number is (202) 662-5120.

3. I am a member of the District of Columbia Bar (D.C. Bar Member No. 388572) and the Pennsylvania Bar (Pennsylvania Bar Member No. 31121). I am also a member of the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Federal Claims, and the United States District Court for the Eastern District of Pennsylvania.

4. I have never been the subject of any disciplinary action by the Bar or Court of any jurisdiction.

5. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the previous two years.

6.  I engage in the practice of law from an office in the District of Columbia, and I am a member of the District of Columbia Bar (D.C. Bar Member No. 388572).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2023, in Washington, DC.

_____
Raymond B. Biagini