## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.* <br><br> Plaintiffs, <br><br> v. <br> Mohamed Ben Zayed Al-Nahyan, *et al.* <br><br><br> Défendants. | <br><br><br><br><br><br><br> Case No. 1:23-cv-00576-RDM |

### PLAINTIFFS' NOTICE OF FILING AFFADAVIT OF SERVICE ON DEFENDANT PHEBE NOVAKOVICS

Plaintiffs hereby file the attached Affidavit of Service on Defendant Phebe Novakovic, CEO of General Dynamics Corporation, attesting that Defendant Novakovic was personally served at her home on September 11, 2023.  Plaintiffs will not further burden the record by correcting the erroneous assertions made in Defendant Novakovic's Reply Brief (ECF No. 27). The attached proof of service should resolve a dispute that could have been avoided by a brief meet and confer.

Respectfully submitted on this 17th day of September 2023,


/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
(DC Bar # 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue NE
Washington, D.C. 20002
Tel.: (202) 543-5811
tc@iradvocates.org
***Counsel for Appellants***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2023, I electronically filed the foregoing with the United States Court District Court for the District of Columbia by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Date: September 17, 2023

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
(D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 543-5811
tc@iradvocates.org

*Counsel for Plaintiffs*