# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Amin Allawi Ali, individually and on behalf of Proposed Class Members, et al

    Plaintiff(s),

VS.

Mohamed Ben Zayed Al-Nahyan

    Defendant(s).

Attorney: Terrence Collingsworth

International Rights Advocates
621 Maryland Ave., NE
Washington DC 20002

*303251*

**Case Number: 1:23-cv-00576-RDM**

Legal documents received by Same Day Process Service, Inc. on **09/11/2023** at **5:00 PM** to be served upon **Pheobe Novakovic, as the CEO of General Dynamics Corporation at 960 Towlston Rd., Mc Lean, VA 22102**

I, **Brandi Eberhart**, swear and affirm that on **September 11, 2023** at **9:02 PM**, I did the following:

**Personally Served Pheobe Novakovic, as the CEO of General Dynamics Corporation** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint** at 960 Towlston Rd. , Mc Lean, VA 22102.

**Description of Person Accepting Service:**
Sex: Female Age: 65 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Black

**Supplemental Data Appropriate to this Service:** Pheobe Novakovic m/t/k/a Phebe Novakovic

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandi Eberhart**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:303251

