# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Ayman Mhamad Saleh Al Sanabani, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Khaled Ali Salem Chaib, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Ali Ahmad Ali Abad Al Roweishan, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Mohamad Ali Hamoud Al Roweishan, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; Fatima Mhamad Al Bayahi AL Kharabi, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002; and Ms. Yousra Abd El Aziz Mhamad Aamad, Individually and on behalf of Proposed Class Members, c/o 621 Maryland Ave NE, Washington, D.C. 20002, <br><br> Plaintiffs, <br> v. <br><br> Mohamed Ben Zayed Al-Nahyan, c/o 3522 International Court, NW, Suite 400, Washington, DC 20008; Mohammed bin Rashid Al Maktoum, c/o 3522 International Court, NW, Suite 400, Washington, DC 20008; Mohamed Bin Salman Al Saoud, c/o 601 New Hampshire Ave. NW, Washington, DC 20037; Hamad Mohamed Thani Al Rumaithi, c/o 3522 International Court, NW, Suite 400, Washington, | Civil Action 1:23-cv-00576-RDM |

1

| | |
|---|---|
| DC 20008; Abdulrahman Ben Saleh Al-Bunyan, c/o 601 New Hampshire Ave. NW, Washington, DC 20037; Fayyadh Al-Ruwaili, c/o 601 New Hampshire Ave. NW, Washington, DC 20037; Raytheon Technologies Corporation, 870 Winter Street, Waltham, MA 02451; Lockheed Martin Corporation, 6801 Rockledge Dr, Bethesda, MD 20817; General Dynamics Corporation, 11011 Sunset Hills Road Reston, VA 20190; Mr. Gregory J Hayes, as the CEO of Raytheon; Mr. Jim Taicley, as the CEO of Lockheed Martin; and Ms. Pheobe Novakovic, as the CEO of General Dynamics; Mr. Antony Blinken, in his official capacity as the Secretary of the U.S. State Department, 2201 C St., NW Washington, DC 20520; Mr. Lloyd J. Austin III, in his official capacity as the Secretary of the U.S. Department of Defense, 1000 Defense Pentagon, Washington, DC 20301-1000, <br><br>                        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT PHEBE NOVAKOVIC TO FILE HER MOTION TO DISMISS

Defendant Phebe Novakovic ("Ms. Novakovic") hereby moves, with the consent of all parties, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time until October 19, 2023, to file her motion to dismiss.

In support of this request, Ms. Novakovic recites the following:

1. Per the Court's order of September 20, 2023, Ms. Novakovic has now been served in this action.

2. The September 17, 2023 clerk's order accompanying the return of Plaintiffs' affidavit of service recites that Ms. Novakovic's "answer [is] due 10/2/23." Dkt. 29.

3. This Court previously issued a minute order setting a due date of October 5, 2023, for the U.S. government defendants' motion to dismiss, and a due date of October 19, 2023 for other defendants' motions to dismiss. Minute Order of September 11, 2023.

4. For the avoidance of doubt in light of the October 2, 2023 answer due date specified in the September 17, 2023 clerk's order, Ms. Novakovic respectfully requests that the Court extend the date for her to file her motion to dismiss to October 19, 2023, so that her motion will be on the same schedule as the other Defendants. The extension will serve the interests of judicial economy and efficiency.

5. All parties to this case have indicated that they consent to this request.

WHEREFORE, Ms. Novakovic requests that the Court enter an Order extending the deadline for Ms. Novakovic to file her motion to dismiss until October 19, 2023. A Proposed Order accompanies this motion.

Dated: September 22, 2023
Respectfully submitted,

*/s/ Matthew S. Hellman*

Matthew S. Hellman (#484132)
JENNER & BLOCK LLP

1099 New York Avenue, NW
Washington, DC 20001-4412
(202) 639-6861
mhellman@jenner.com

Michael A. Doornweerd (#6236979) (*pro hac vice*)
Andrew F. Merrick (#6290213) (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 923-2631
(312) 840-7695
mdoornweerd@jenner.com
amerrick@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, the foregoing Consent Motion to Extend Time for Defendant Phebe Novakovic to File Her Motion to Dismiss and the appended Proposed Order will be filed with the Court and submitted to all counsel of record by operation of the Court's electronic filing system.

Dated: September 22, 2023                   Respectfully submitted,

                                            /s/ Matthew S. Hellman

                                            Matthew S. Hellman (#484132)
                                            JENNER & BLOCK LLP
                                            1099 New York Avenue, NW
                                            Washington, DC 20001-4412
                                            (202) 639-6861
                                            mhellman@jenner.com

                                            Michael A. Doornweerd (#6236979) (*pro hac vice*)
                                            Andrew F. Merrick (#6290213) (*pro hac vice*)
                                            JENNER & BLOCK LLP
                                            353 N. Clark Street
                                            Chicago, IL 60654-3456
                                            (312) 923-2631
                                            (312) 840-7695
                                            mdoornweerd@jenner.com
                                            amerrick@jenner.com