IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Mohamed Ben Zayed Al-Nahyan, *et al.* )<br>)<br>)<br>)<br>Defendants. ) | Civil Action 1:23-cv-00576-RDM |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend Time for Defendant Phebe Novakovic to File Her Motion to Dismiss, it is hereby ORDERED that the Agreed Motion is GRANTED. It is further ORDERED that Ms. Novakovic's motion to dismiss shall be due on or before October 19, 2023.

Dated:_____                              _____
                                                JUDGE RANDOLPH D. MOSS
                                                United States District Judge