IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ALLAWI ALI, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MOHAMED BEN ZAYED AL-NAHYAN, et al.,<br><br>*Defendants*. | No. 1:23-cv-576-RDM |

**FEDERAL DEFENDANTS' MOTION TO DISMISS**

Federal Defendants, Antony Blinken, in his official capacity as the Secretary of State, and Lloyd J. Austin III, in his capacity as the Secretary of Defense, respectfully move to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). The reasons for this motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: October 5, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director
Federal Programs Branch

TERRY M. HENRY
Assistant Branch Director
Federal Programs Branch

*/s/ Lisa Newman*
LISA NEWMAN (TX Bar No. 24107878)
MICHAEL KNAPP
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for Federal Defendants*