AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Amin Allawi Ali, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-00576-RDM |
| Mohamed Ben Zayed Al-Nahyan, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Lockheed Martin Corporation and James D. Taiclet*                                        .

Date:      10/16/2023

/s/ Joseph G. Petrosinelli
*Attorney's signature*

Joseph G. Petrosinelli (D.C. Bar. No. 434280)
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue, SW
Washington, D.C. 20024

*Address*

JPetrosinelli@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202-434-5029
*FAX number*

*Mr. Taiclet is the Chief Executive Officer of Lockheed Martin Corporation. The Complaint misspells his name as "Jim Taicley [sic]." *E.g.*, ECF 1 ¶ 44.