IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 1:23-cv-00576-RDM |
| ) | |
| Mohamed Ben Zayed Al-Nahyan, *et al*. ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT PHEBE NOVAKOVIC'S MOTION
### REQUESTING CORRECTION OF HER NAME ON THE DOCKET

In Plaintiffs' Complaint, Plaintiffs misspelled Defendant Phebe Novakovic's name as "Phoebe Novakovic." *See generally* Dkt. 1 at 2. Ms. Novakovic has appeared in this case using her properly spelled name, but that name has not yet been updated on the docket. *See* Dkt. 15-18, 27, and 30. Ms. Novakovic respectfully requests that the Court direct that her name, "Phebe Novakovic," be corrected on the docket. A proposed order is attached.

Dated: October 17, 2023               Respectfully submitted,

                                      */s/ Matthew S. Hellman*

                                      Matthew S. Hellman (DC Bar #484132)
                                      JENNER & BLOCK LLP

1099 New York Avenue, NW
Washington, DC 20001-4412
Telephone: (202) 639-6861
mhellman@jenner.com

Michael A. Doornweerd (*pro hac vice*)
Andrew F. Merrick (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2631
mdoornweerd@jenner.com
amerrick@jenner.com

*Counsel for Defendant Phebe Novakovic*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, the foregoing Motion will be filed with the Court and submitted to all counsel of record by operation of the Court's electronic filing system.

Dated: October 17, 2023                    Respectfully submitted,

/s/ Matthew S. Hellman

Matthew S. Hellman
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001-4412
Telephone: (202) 639-6861
mhellman@jenner.com

*Counsel for Defendant Phebe Novakovic*