IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>Mohamed Ben Zayed Al-Nahyan, *et al.*  )<br>)<br>)<br>)<br>Defendants.  ) | Civil Action 1:23-cv-00576-RDM |

**[PROPOSED] ORDER**

Upon consideration of Phebe Novakovic's Motion Requesting Correction of Her Name on the Docket, it is hereby ORDERED that the Motion is GRANTED. The docket will be updated to reflect Ms. Novakovic's name as "Phebe Novakovic."

Dated:_____                    _____
                                                                           JUDGE RANDOLPH D. MOSS
                                                                           United States District Judge