**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Amin Allawi Ali, *et al.*, | ) | |
| Plaintiffs, | ) | Civil Action No. 1:23-cv-576 (RDM) |
| v. | ) | |
| | ) | |
| Mohamed Ben Zayed Al-Nahyan, *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of Court and to all interested parties:

Notice is hereby given that Raymond B. Biagini, of Covington & Burling LLP, is admitted or otherwise authorized to practice in this Court and hereby enters his appearance as counsel for Defendants RTX Corporation[1] and Gregory J. Hayes in the above captioned case.[2]

Dated: October 19, 2023

Respectfully submitted,

/s/ Raymond B. Biagini
Raymond B. Biagini (D.C. Bar No. 388572) (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5120
(202) 778-5120 (fax)
Email: rbiagini@cov.com

*Counsel for Defendants RTX Corporation
and Gregory J. Hayes*

---

[1] The complaint named as a Defendant "Raytheon Technologies Corporation," which changed its name to "RTX Corporation." *See* ECF 21 (Notice of Name Change).

[2] On September 14, 2023, the Court granted Mr. Biagini leave to appear *pro hac vice* while his application for admission is pending. Mr. Biagini has submitted an application for admission to the Bar of this Court. In accordance with the Court's direction, Mr. Biagini will not file any further papers in this Court until being admitted.