IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*,<br><br>      *Plaintiffs,*<br><br>      v.<br><br>Mohamed Ben Zayed Al-Nahyan, *et al.*,<br><br>      *Defendants*. | Civil Action No. 1:23-cv-576 (RDM) |

### RTX AND LOCKHEED MARTIN DEFENDANTS' MOTION TO DISMISS

Defendants RTX Corporation, Lockheed Martin Corporation, Gregory J. Hayes and James D. Taiclet[1] respectfully move to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: October 19, 2023

Respectfully submitted,

**COVINGTON & BURLING LLP**

/s/ Daniel L. Russell Jr.
Daniel L. Russell Jr. (D.C. Bar No. 419655)
Raymond B. Biagini
   (D.C. Bar No. 388572) (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5420
(202) 778-5420 (fax)
DRussell@cov.com
RBiagini@cov.com

*Counsel for Defendants RTX Corporation
  and Gregory J. Hayes*

**WILLIAMS & CONNOLLY LLP**

/s/ Christopher N. Manning
Christopher N. Manning (D.C. Bar No. 464069)
Joseph G. Petrosinelli (D.C. Bar 434280)
680 Maine Avenue, SW
Washington, D.C. 20024
(202) 434-5000
(202) 434-5029 (fax)
CManning@wc.com
JPetrosinelli@wc.com

*Counsel for Defendants Lockheed Martin
  Corporation and James D. Taiclet*

---

[1] Mr. Taiclet's name is misspelled as "Taicley." ECF 1 ¶¶ 44, 91, 205, 206, 209, 210, 213, 215.

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, I electronically filed the foregoing Motion to Dismiss and accompanying Memorandum of Points and Authorities using the Court's CM/ECF system, which caused a notice of filing to be served upon all counsel of record.

/s/ Christopher N. Manning
Christopher N. Manning
