## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 1:23-cv-00576-RDM |
| ) | |
| Mohamed Ben Zayed Al-Nahyan, *et al*. ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT GENERAL DYNAMICS CORPORATION'S AND DEFENDANT PHEBE NOVAKOVIC'S MOTION TO DISMISS**

Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), General Dynamics Corporation and its Chairman and CEO Phebe Novakovic (collectively, "GD") hereby move this Court to dismiss Plaintiffs' Complaint against GD because Plaintiffs' claims are non-justiciable or otherwise jurisdictionally barred, and because the Complaint fails to state a claim. The grounds for this motion are set forth in the accompanying statement of points and authorities. A proposed order is attached.

Dated: October 19, 2023                               Respectfully submitted,

/s/ Matthew S. Hellman

Matthew S. Hellman (DC Bar #484132)
JENNER & Block LLP
1099 New York Avenue, NW
Washington, DC 20001-4412
Telephone: (202) 639-6861
mhellman@jenner.com

Michael A. Doornweerd (*pro hac vice*)
Andrew F. Merrick (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2631
mdoornweerd@jenner.com
amerrick@jenner.com

*Counsel for Defendants General Dynamics Corporation and Phebe Novakovic*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, the foregoing Motion to Dismiss and the appended Statement of Points and Authorities in Support and Proposed Order will be filed with the Court and submitted to all counsel of record by operation of the Court's electronic filing system.

Dated: October 19, 2023                    Respectfully submitted,

                                           */s/ Matthew S. Hellman*

                                           Matthew S. Hellman (DC Bar #484132)
                                           JENNER & Block LLP
                                           1099 New York Avenue, NW
                                           Washington, DC 20001-4412
                                           Telephone: (202) 639-6861
                                           mhellman@jenner.com

                                           *Counsel for Defendants General Dynamics Corporation and Phebe Novakovic*