# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*,  )<br>　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs,　　　)<br>　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>Mohamed Ben Zayed Al-Nahyan, *et al.*,  )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　) | Civil Action 1:23-cv-00576-RDM |

## [PROPOSED] ORDER

Upon consideration of General Dynamics Corporation and its Chairman and CEO Phebe Novakovic's (collectively, "GD's") Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED. Defendant General Dynamics Corporation and Defendant Phebe Novakovic are hereby dismissed with prejudice.

Dated:_____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JUDGE RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge