IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amin Allawi Ali, *et al.*  <br><br>Plaintiffs,  <br><br>v.  <br><br>Mohamed Ben Zayed Al-Nahyan, *et al.*  <br><br>Défendants. | Case No. 1:23-cv-00576-RDM |

**CONSENT MOTION TO EXTEND SCHEDULING ORDER
ON DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs respectfully request an extension of time to file their response to the collective Defendants' Motions to Dismiss. Plaintiffs set forth their requested schedule below. This is Plaintiffs' first request for an extension of time to respond to the pending motions and they represent to the Court they will not seek a further extension to file their responses. This motion is filed by Plaintiffs with the consent of all parties.[1]

On September 11, 2023, the Court granted the U.S. Government Defendants' Consent Motion for Extension of Time and set the following briefing schedule: (1) U.S. Government Defendants' Motion to Dismiss filed on or before October 5, 2023; (2) Other Defendants' Motions to Dismiss filed on or before October 19, 2023; (3) Plaintiffs' Opposition to All

---

[1] All of the Defendants have consented to this Motion except that the Defendants who are officials of the UAE have not yet responded. Their counsel has advised that Plaintiffs should indicate they have not yet taken a position.

1

Defendants' Motions to Dismiss filed on or before January 4, 2023; (4) U.S. Government Defendants' Reply to Plaintiffs' Opposition filed on or before January 25, 2024; and (5) Other Defendants' Replies to Plaintiffs' Opposition filed on or before February 8, 2024.

Undersigned counsel for Plaintiffs consented to the Government Defendants' request to extend the schedule despite having a federal trial set to begin on January 16, 2024 in a case against Chiquita Brands International involving human rights violations in Colombia. The major new development is that at the time counsel consented to the current briefing schedule, the Court in the Chiquita case had ruled that witnesses from Colombia could only testify live at trial and there would be no testimony by video link or deposition. On December 1, 2023, the Chiquita Court reconsidered that ruling and has ordered that witnesses in Colombia who were unable to obtain visas or a timely visa interview could testify at trial via video link or deposition. (Order attached as **Exhibit A**).

Based on the significant change in circumstances in the Chiquita case, undersigned counsel for Plaintiffs will now need to spend a significant amount of time in Colombia in December and early January preparing witnesses to testify and participate in taking deposition testimony prior to the Chiquita trial. This will substantially interfere with counsel's ability to respond to Defendants' pending motions to dismiss by January 4, 2024. Accordingly, Plaintiffs, with the consent of all Defendants, respectfully request that the remainder of the briefing schedule be extended as follows:

- Plaintiffs' Opposition to All Defendants' Motions to Dismiss shall be filed on or before February 28, 2024;
- U.S. Government Defendants' Reply to Plaintiffs' Opposition shall be filed on or before April 4, 2024; and
- Other Defendants' Replies to Plaintiffs' Opposition shall be filed on or before April 18, 2024.

This case presents unusually significant issues and Plaintiffs respectfully request they be given this extension of time to allow then sufficient time to respond to the pending motions.

Respectfully submitted on this 4th day of December 2023,

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
(DC Bar # 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue NE
Washington, D.C. 20002
Tel.: (202) 543-5811
tc@iradvocates.org
**Counsel for Appellants**

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I electronically filed the foregoing with the United States Court District Court for the District of Columbia by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

| | |
|---|---|
| Date: December 4, 2023 | /s/ Terrence P. Collingsworth |
| | Terrence P. Collingsworth |
| | (D.C. Bar No. 471830) |
| | INTERNATIONAL RIGHTS ADVOCATES |
| | 621 Maryland Avenue, NE |
| | Washington, D.C. 20002 |
| | Telephone: (202) 543-5811 |
| | tc@iradvocates.org |
| | |
| | *Counsel for Plaintiffs* |