IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amin Allawi Ali, *et al.*

    Plaintiffs,

v.

Mohamed Ben Zayed Al-Nahyan, *et al.*

    Defendants.

Case No. 1:23-cv-00576-RDM

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF FOREIGN DEFENDANTS**

Pursuant to Fed. R. Civ P. 41 (a)(1)(A)(i), Plaintiffs hereby provide NOTICE of the Voluntary Dismissal without prejudice of the following foreign defendants:

- Mohamed Ben Zayed Al-Nahyan
- Mohammed bin Rashid Al Maktoum
- Mohamed Bin Salman Al Saoud
- Hamad Mohamed Thani Al Rumaithi
- Abdulrahman Ben Saleh Al-Bunyan
- Fayyadh Al-Ruwaili

This NOTICE of Voluntary Dismissal is filed before these Defendants have filed an Answer or a Motion for Summary Judgment, so the dismissal is automatic upon the filing of this Notice based on Rule 41 (a)(1)(A)(i). Following this dismissal, there are no representatives of the Governments of Saudi Arabia or U.A.E. or any other foreign government remaining as Defendants in this case.

Respectfully submitted this 23rd day of February, 2024,

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
(DC Bar # 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue NE
Washington, D.C. 20002
Tel.: (202) 543-5811
tc@iradvocates.org
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I electronically filed the foregoing with the United States Court District Court for the District of Columbia by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Date: February 23, 2024

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
(D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 543-5811
tc@iradvocates.org

*Counsel for Plaintiffs*