## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ALLAWI ALI, *Individually and on behalf of Proposed Class Members*, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>MOHAMED BEN ZAYED AL-NAHYAN, *et al.*,<br><br>   *Defendants*. | Civil Action No. 23-576 (RDM) |

## ORDER

 For the reasons explained in the Court's memorandum opinion, Dkt. 48, it is hereby

**ORDERED** that the Defendants' motions to dismiss, Dkt. 31, Dkt. 36, & Dkt. 37, are

**GRANTED**.

 This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

 **SO ORDERED**.

              /s/ Randolph D. Moss
              RANDOLPH D. MOSS
              United States District Judge

Date: November 17, 2025